UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00239-CKD |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO DISMISS |
| DOUG LAWTON, | ) |
| Defendant. | ) |

**ORDER**

It is hereby ordered that the Information in the above-captioned matter is DISMISSED.

Dated: March 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES V. DOUG LAWTON